No. 1380. PRESBYTERIAN CHURCH IN THE UNITED STATES ET AL. *v.* MARY ELIZABETH BLUE HULL MEMORIAL PRESBYTERIAN CHURCH ET AL. Sup. Ct. Ga. Motion of William P. Thompson, Stated Clerk of the General Assembly of the United Presbyterian Church in the

United States of America, et al., for leave to file a brief, as *amici curiae,* granted. Certiorari granted. *George Wilson McKeag* on the motion. *Robert B. Troutman* and *Charles L. Gowen* for petitioners. *Richard T. Cowan* for Mary Elizabeth Blue Hull Memorial Presbyterian Church, and *Owen H. Page* for Eastern Heights Presbyterian Church et al., respondents.